UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH MARCEL SHANKLIN,

    Plaintiff,

v.                                 Case No. 3:14cv263/MCR/CJK

MARCI L. GOODMAN, MICHAEL
A. FLOWERS, and STATE OF FLORIDA,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This civil rights case is before the court upon plaintiff's Motion for Voluntary Dismissal (doc. 41). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1. That the Motion for Voluntary Dismissal (doc. 41) be GRANTED and this cause DISMISSED WITHOUT PREJUDICE.

    2. That the clerk be directed to close the file.

At Pensacola, Florida, this 18th day of August, 2015.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).