UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEITH MARCEL SHANKLIN,**

    **Plaintiff,**

v.                                                        Case No. 3:14cv263/MCR/CJK

**MARCI L. GOODMAN, MICHAEL
A. FLOWERS, and STATE OF FLORIDA,**

    **Defendants.**
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 18, 2015. (Doc. 42). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Voluntary Dismissal (doc. 41) is GRANTED and this cause is DISMISSED WITHOUT PREJUDICE

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of September, 2015.

                                                      s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  CHIEF UNITED STATES DISTRICT JUDGE**